IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| GUNDERSON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 130575C |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR | ) | |
| and DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendants. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered September 15, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's Notice of Voluntary Dismissal (Motion), filed September 4, 2014, voluntarily dismissing its appeal. (Ptf's Mot at 1.) Tax Court Rule-Magistrate Division 6 B(1) states in part: "When a plaintiff files a motion to dismiss, the defending party has 10 days from the date of service to file a response." As of the date of this Decision of Dismissal, Defendants have not filed a response to Plaintiff's Motion. Having considered the matter, the court finds that Plaintiff's Motion should be granted. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FINAL DECISION OF DISMISSAL  TC-MD 130575C                                    1

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of October 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Dan Robinson on October 2, 2014. The court filed and entered this document on October 2, 2014.*